UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| David Oppenheimer ) | CA: 2:20-cv-04219-DCN |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| David Durand Williams, Ashley River ) | |
| Properties, II, LLC d/b/a Ripley Light Yacht ) | |
| Club, Kriti Ripley, LLC, Kelley Poe and John ) | |
| Doe, ) | |
| ) | |
| Defendants. ) | |

A Motion and Application/Affidavit for Admission *Pro Hac Vice* has been filed in this case and considered by the undersigned.

IT IS ORDERED THAT:

Applicant: Dana Andrew LeJune who represents Plaintiff, David Oppenheimer

    X    Be **granted** admission *pro hac vice* in this case.

    ☐    Be **denied** admission *pro hac vice* in this case.

_____
David C. Norton
United States District Judge

March 4, 2021
Charleston, South Carolina