# EXHIBIT “8”

**Oppenheimer v. Williams, et al.**
**Plaintiff's Privilege Log**

| Date | Author | Recipient | Doc Type | Privilege Asserted |
|---|---|---|---|---|
| 2/3/2021 | Dana LeJune | File | Memo | Attorney Work Product |
| 2/3/2021 | Joann Koreleski | Dana LeJune<br>Scott Francis<br>Paula Taylor | Email | Attorney Work Product<br>Joint Representation |
| 2/4/2021 | Paula Taylor | David Oppenheimer<br>Dana LeJune<br>Scott Francis | Email | Attorney Client Privilege |
| 2/22/2021 | Paula Taylor | Joann Koreleski | Email | Attorney Work Product<br>Joint Representation |
| 3/3/2021 | Joann Koreleski | David Oppenheimer<br>Paula Taylor<br>Dana LeJune<br>Scott Francis | Email | Attorney Client Privilege |
| 3/4/2021 | Dana LeJune | Scott Francis<br>Paula Taylor | Email | Attorney Work Product |
| 3/11/2021 | Dana LeJune | Scott Francis<br>Paula Taylor | Email | Attorney Work Product |
| 3/11/2021 | Scott Francis | Dana LeJune<br>Paula Taylor | Email | Attorney Work Product |
| 3/12/2021 | Dana LeJune | Scott Francis<br>Paula Taylor | Email | Attorney Work Product |
| 3/15/2021 | Dana LeJune | Scott Francis<br>Paula Taylor | Email | Attorney Work Product |
| 3/15/2021 | Scott Francis | Dana LeJune<br>Paula Taylor | Email | Attorney Work Product |
| 3/31/2021 | David Oppenheimer | Dana LeJune<br>Scott Francis<br>Paula Taylor | Email | Attorney Client Privilege |

**Oppenheimer v. Williams, et al.**
**Plaintiff's Privilege Log**

| Date | Author | Recipient | Doc Type | Privilege Asserted |
|---|---|---|---|---|
| 4/14/2021 | Dana LeJune | David Oppenheimer<br>Scott Francis<br>Paula Taylor | Email | Attorney Client Privilege |
| 4/14/2021 | Scott Francis | David Oppenheimer<br>Paula Taylor<br>Dana LeJune | Email | Attorney Client Privilege |
| 4/14/2021 | David Oppenheimer | Scott Francis<br>Paula Taylor | Email | Attorney Client Privilege |
| 4/14/2021 | Scott Francis | David Oppenheimer<br>Dana LeJune<br>Paula Taylor | Email | Attorney Client Privilege |
| 4/16/2021 | Dana LeJune | Scott Francis<br>Paula Taylor | Email | Attorney Work Product |
| 4/27/2021 | Dana LeJune | Scott Francis<br>Paula Taylor | Email | Attorney Work Product |
| 4/14/2021 | Dana LeJune | David Oppenheimer<br>Scott Francis<br>Paula Taylor | Email | Attorney Client Privilege |
| 4/2/2019 | David Oppenheimer | Dana LeJune<br>Scott Francis<br>David Oppenheimer | Email | Attorney Client Privilege |
| 4/2/2019 | David Oppenheimer | Dana LeJune<br>Scott Francis<br>David Oppenheimer | Email | Attorney Client Privilege |
| 4/2/2019 | Dana LeJune | David Oppenheimer | Email | Attorney Client Privilege |
| 4/3/2019 | Paula Taylor | Dana LeJune<br>Scott Francis<br>David Oppenheimer | Email | Attorney Client Privilege<br>Attorney Work Product |

**Oppenheimer v. Williams, et al.**
**Plaintiff's Privilege Log**

| Date | Author | Recipient | Doc Type | Privilege Asserted |
|---|---|---|---|---|
| 4/8/2019 | Paula Taylor | Dana LeJune<br>Scott Francis<br>David Oppenheimer | Email | Attorney Client Privilege<br>Attorney Work Product |
| 4/18/2019 | David Oppenheimer | Dana LeJune<br>Scott Francis<br>David Oppenheimer | Email | Attorney Client Privilege<br>Attorney Work Product |
| 9/18/2019 | Dana LeJune | David Oppenheimer<br>Scott Francis<br>Paula Taylor | Email | Attorney Client Privilege |
| 9/18/2019 | Dana LeJune | David Oppenheimer<br>Scott Francis<br>Paula Taylor | Email | Attorney Client Privilege |
| 9/18/2019 | Dana LeJune | David Oppenheimer<br>Scott Francis<br>Paula Taylor | Email | Attorney Client Privilege |
| 9/18/2019 | David Oppenheimer | Dana LeJune<br>Scott Francis<br>David Oppenheimer | Email | Attorney Client Privilege |
| 9/18/2019 | Dana LeJune | David Oppenheimer<br>Paula Taylor<br>Scott Francis | Email | Attorney Client Privilege |
| 9/19/2019 | Paula Taylor | Dana LeJune<br>Scott Francis<br>David Oppenheimer | Email | Attorney Client Privilege |
| 9/19/2019 | Paula Taylor | Dana LeJune<br>Scott Francis<br>David Oppenheimer | Email | Attorney Client Privilege<br>Attorney Work Product |

**Oppenheimer v. Williams, et al.**
**Plaintiff's Privilege Log**

| Date | Author | Recipient | Doc Type | Privilege Asserted |
|---|---|---|---|---|
| 9/20/2019 | Dana LeJune | David Oppenheimer<br>Scott Francis<br>Paula Taylor | Email | Attorney Client Privilege |
| 9/20/2019 | Dana LeJune | David Oppenheimer | Email | Attorney Client Privilege |
| 9/20/2019 | Dana LeJune | Paula Taylor<br>Scott Francis | Email | Attorney Work Product |
| 9/20/2019 | Paula Taylor | Dana LeJune<br>Scott Francis<br>David Oppenheimer | Email | Attorney Client Privilege<br>Attorney Work Product |
| 9/23/2019 | Dana LeJune | David Oppenheimer<br>Scott Francis<br>Paula Taylor | Email | Attorney Client Privilege |
| 9/27/2019 | | Scott Francis<br>Paula Taylor | Report | Attorney Work Product<br>Investigative Privilege - Prepared in Anticipation of Litigation Kriti Ripley LLC v Emailerald Investments and Stuart Long |
| 9/23/2020 | | Scott Francis<br>Paula Taylor | Report | Attorney Work Product<br>Investigative Privilege - Prepared in Anticipation of Litigation |
| 10/30/2020 | | Scott Francis<br>Paula Taylor | Report | Attorney Work Product<br>Investigative Privilege -Prepared in Anticipation of Litigation Report Ashley River Properties II, LLC |
| 5/6/2021 | Scott Francis | David Oppenheimer<br>Dana LeJune<br>Paula Taylor | Email | Attorney Client Privilege |

**Oppenheimer v. Williams, et al.**
**Plaintiff's Privilege Log**

| Date | Author | Recipient | Doc Type | Privilege Asserted |
|---|---|---|---|---|
| 5/6/2021 | David Oppenheimer | Scott Francis<br>Paula Taylor<br>Dana LeJune | Email | Attorney Client Privilege |
| 5/7/2021 | Scott Francis | Joann Koreleski | Email | Joint Defense Privilege |
| 5/10/2021 | Scott Francis | Dana LeJune<br>Paula Taylor | Email | Attorney Work Product |
| 5/10/2021 | David Oppenheimer | Dana LeJune<br>Scott Francis<br>Paula Taylor | Email | Attorney Client Privilege |
| 5/10/2021 | David Oppenheimer | Scott Francis<br>Dana LeJune<br>Paula Taylor | Email | Attorney Client Privilege |
| 5/10/2021 | Dana LeJune | David Oppenheimer<br>Scott Francis<br>Paula Taylor | Email | Attorney Client Privilege |
| 5/12/2021 | Scott Francis | David Oppenheimer<br>Dana LeJune<br>Paula Taylor | Email | Attorney Client Privilege |
| 5/13/2021 | David Oppenheimer | Scott Francis<br>Dana LeJune<br>Paula Taylor | Email | Attorney Client Privilege |
| 5/14/2021 | Scott Francis | David Oppenheimer<br>Paula Taylor<br>Dana LeJune | Email | Attorney Client Privilege |
| 5/14/2021 | Dana LeJune | Scott Francis<br>Paula Taylor | Email | Attorney Client Privilege |
| 5/21/2021 | Dana LeJune | Sam Allen | Email | Joint Defense Privilege |

**Oppenheimer v. Williams, et al.**
**Plaintiff's Privilege Log**

| Date | Author | Recipient | Doc Type | Privilege Asserted |
|---|---|---|---|---|
| 5/24/2021 | Scott Francis | David Oppenheimer<br>Dana LeJune<br>Paula Taylor | Email | Attorney Client Privilege |
| 6/7/2021 | Dana LeJune | David Oppenheimer<br>Scott Francis<br>Paula Taylor | Email | Attorney Work Product |
| 6/7/2021 | Dana LeJune | David Oppenheimer<br>Scott Francis<br>Paula Taylor | Email | Attorney Work Product |
| 6/7/2021 | David Oppenheimer | Dana LeJune<br>Scott Francis<br>Paula Taylor | Email | Attorney Client Privilege |
| 6/7/2021 | Dana LeJune | David Oppenheimer<br>Scott Francis<br>Paula Taylor | Email | Attorney Client Privilege |
| 6/7/2021 | David Oppenheimer | Dana LeJune<br>Scott Francis<br>Paula Taylor | Email | Attorney Client Privilege |
| 6/7/2021 | Dana LeJune | David Oppenheimer<br>Scott Francis<br>Paula Taylor | Email | Attorney Client Privilege |
| 6/17/2021 | David Oppenheimer | Scott Francis | Email | Attorney Client Privilege |
| 6/17/2021 | David Oppenheimer | Scott Francis | Email | Attorney Client Privilege |
| 6/17/2021 | Scott Francis | David Oppenheimer<br>Dana LeJune<br>Paula Taylor | Email | Attorney Client Privilege<br>Attorney Work Product |

**Oppenheimer v. Williams, et al.**
**Plaintiff's Privilege Log**

| Date | Author | Recipient | Doc Type | Privilege Asserted |
|---|---|---|---|---|
| 6/17/2021 | David Oppenheimer | Scott Francis<br>Dana LeJune<br>Paula Taylor | Email | Attorney Client Privilege |
| 6/17/2021 | David Oppenheimer | Scott Francis<br>Dana LeJune<br>Paula Taylor | Email | Attorney Client Privilege |
| 6/17/2021 | Scott Francis | David Oppenheimer<br>Dana LeJune<br>Paula Taylor | Email | Attorney Client Privilege |
| | | Scott Francis<br>Paula Taylor<br>Dana LeJune | Article | Attorney Work Product<br>Investigative Privilege<br>Prepared in Anticipation of Litigation |
| | | Scott Francis<br>Paula Taylor<br>Dana LeJune | Report | Attorney Work Product<br>Investigative Privilege Prepared in Anticipation of Litigation; Research US Business |
| | | Scott Francis<br>Paula Taylor<br>Dana LeJune | Article | Attorney Work Productt<br>Investigative Privilege<br>Prepared in Anticipation of Litigation;<br>Article Kriti Management |
| | | Scott Francis<br>Paula Taylor<br>Dana LeJune | Report | Attorney Work Product<br>Investigative Privilege - Prepared in Anticipation of Litigation Guarino Kriti Ripley |
| | | Scott Francis<br>Paula Taylor<br>Dana LeJune | Report | Attorney Work Product<br>Investigative Privilege<br>Prepared in Anticipation of Litigation |

**Oppenheimer v. Williams, et al.**
**Plaintiff's Privilege Log**

| Date | Author | Recipient | Doc Type | Privilege Asserted |
|---|---|---|---|---|
| | | Scott Francis<br>Paula Taylor<br>Dana LeJune | Report | Attorney Work Product<br>Investigative Privilege<br>Prepared in Anticipation of Litigation |
| | | Scott Francis<br>Paula Taylor<br>Dana LeJune | Report | Attorney Work Product<br>Investigative Privilege<br>Prepared in Anticipation of Litigation<br>Kriti Management, Inc. |
| | | Scott Francis<br>Paula Taylor<br>Dana LeJune | Report | Attorney Work Product<br>Investigative Privilege<br>Prepared in Anticipation of Litigation<br>Ripley Light Marina Yacht Club |
| | | Scott Francis<br>Paula Taylor<br>Dana LeJune | Report | Attorney Work Product<br>Investigative Privilege<br>Prepared in Anticipation of Litigation<br>Ashley River Properties |
| | | Scott Francis<br>Paula Taylor<br>Dana LeJune | Report | Attorney Work Product<br>Investigative Privilege<br>Prepared in Anticipation of Litigation<br>Ashley River Properties II |
| | | Scott Francis<br>Paula Taylor<br>Dana LeJune | Report | Attorney Work Product<br>Investigative Privilege<br>Prepared in Anticipation of Litigation Websource Code |
| | | Scott Francis<br>Paula Taylor<br>Dana LeJune | Research | Attorney Work Product<br>Investigative Privilege<br>Prepared in Anticipation of Litigation<br>Who Is Lookup |
| | | | | |