# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | | |
|---|---|---|
| **DAVID OPPENHEIMER,** | § | |
| Plaintiff, | § | CA No.: **2:20-cv-04219-DCN** |
| v. | § | |
| | § | |
| **DAVID DRUAND WILLIAMS;** | § | |
| **ASHLEY RIVER PROPERTIES II,** | § | |
| **LLC d/b/a RIPLEY LIGHT YACHT** | § | |
| **CLUB; KRITI RIPLEY, LLC;** | § | |
| **KELLEY POE; and JOHN DOE** | § | |
| Defendants. | | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff, David Oppenheimer and Defendants, hereby jointly stipulate and agree to dismiss this action **with prejudice**.

Each party shall bear its own costs and attorneys' fees. This Stipulation of Dismissal ends the case.

Dated: April 12, 2022

| | |
|---|---|
| WOMBLE, BOND, DICKINSON (US), LLP | ALLEN LEGAL |
| | |
| *s/Ryan D. Ellard* | *s/Samuel K. Allen* |
| Ryan D. Ellard | Samuel K. Allen |
| Federal ID 12819 | SC Bar 68552 |
| P. O. Box 999 [5 Exchange St., 29401] | Federal ID 7744 |
| Charleston, South Carolina  29402-0999 | 1417 Ashley Road |
| Ofc: 832-722-3400 | Charleston, South Carolina  29407 |
| Ryan.ellard@wbd-us.com | Ofc: 843-481-4000 |
| | sam@allenlegal.net |
| Jacob Steven Wharton | joann@allenlegal.net |
| jacob.wharton@wbd-us.com | |
| One W Fourth Street | LEJUNE LAW FIRM |
| Winston-Salem, NC 27101 | Dana A. LeJune |
| 336-747-6609 | Texas Bar 122188250 |
| *Admitted Pro Hac Vice* | NC Bar 49025 |
| | Scott M. Francis |
| *Attorneys for Defendants,* | Texas Bar No. 24088795 |

1225 North Loop West, Ste. 825  
Houston, Texas   77008  
Ofc. 713.942.9898  
dlejune@triallawyers.net  
scott@triallawyers.net  
*Admitted Pro Hac Vice*

*Attorneys for Plaintiff, David Oppenheimer*

## CERTIFICATE OF SERVICE

The undersigned, hereby certifies that on April 12, 2022, I electronically filed the foregoing **Joint Stipulation of Dismissal of All Parties with Prejudice** with the Clerk of the United States District Court for South Carolina, Charleston Division, using the CM/ECF system, which will send notification of such filing to all counsel of record.

April 12, 2022                                        */s Samuel K. Allen*
                                                                  Counsel for Plaintiff

2